# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of M.M.V., a minor child.

T.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE
GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2026-0066
_____

July 22, 2026

Appeal from the Circuit Court for Pasco County; Lauralee G. Westine,
Judge.

T.H., pro se.

Bruce Bartlett, State Attorney, Sixth Judicial Circuit of Florida, and
Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee
Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E.
Burke, Senior Attorney, Appellate Division, Tallahassee, for Appellee
Statewide Guardian ad Litem Office.

PER CURIAM.

 Affirmed.

SILBERMAN, LaROSE, and GUARD, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.